IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 1:19CR439-1 |
| WALTER CLIFTON WOOD | : | |

The Grand Jury charges:

COUNT ONE

On or about May 26, 2018, in the County of Surry, in the Middle District of North Carolina, WALTER CLIFTON WOOD, using any facility and means of interstate commerce, did knowingly attempt to persuade, induce, entice, and coerce an individual he believed to be a minor, to engage in any sexual activity for which any person can be charged under North Carolina state law, that is, indecent liberties with a child (N.C.G.S. § 14-202.1); in violation of Title 18, United States Code, Section 2422(b).

COUNT TWO

On or about July 10, 2018, in the County of Surry, in the Middle District of North Carolina, WALTER CLIFTON WOOD did knowingly transport and ship any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including

by computer; in violation of Title 18, United States Code, Section 2252A(a)(1) and (b)(1).

## COUNT THREE

On or about May 26, 2018, in the County of Surry, in the Middle District of North Carolina, WALTER CLIFTON WOOD did knowingly transport and ship any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer; in violation of Title 18, United States Code, Section 2252A(a)(1) and (b)(1).

## COUNT FOUR

On or about July 27, 2018, in the County of Surry, in the Middle District of North Carolina, WALTER CLIFTON WOOD did knowingly possess child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been shipped and transported in and affecting interstate and foreign commerce, including by computer; in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATION

1. The allegations contained in Counts One through Four of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 2428(a)(1) and 2253(a)(1) and (a)(3).

2. Upon conviction of Count One as alleged in this Indictment, the defendant, WALTER CLIFTON WOOD, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428(a)(1), all property, real or personal, used or intended to be used to commit or to facilitate the commission of the offense of conviction.

3. Upon conviction of one or more of Counts Two, Three, or Four as alleged in this Indictment, the defendant, WALTER CLIFTON WOOD, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a)(1) and (a)(3), all visual depictions described in Title 18, United States Code, Sections 2252A or 2252, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of the United States Code, and all property, real or personal, used or intended to be used to commit or promote the commission of the offense of conviction.

4. The property to be forfeited includes but is not limited to the following items obtained from the defendant on July 27, 2018:

3

a. One Motorola Moto G model XT1548 phone; and

b. One LG Optimus Select model AS730 phone.

All in accordance with Title 18, United States Code, Section 2253, and Rule 32.2, Federal Rules of Criminal Procedure, and Title 28, United States Code, Section 2461(c).

DATED: December 16, 2019

MATTHEW G.T. MARTIN
United States Attorney

_____
BY: ERIC L. IVERSON
Assistant United States Attorney

_____
BY: NICOLE R. DUPRE
Assistant United States Attorney

A TRUE BILL:

_____

FOREPERSON

4