IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | 1:19CR639-1 |
| v. | : | |
| | : | |
| WALTER CLIFTON WOOD | : | FACTUAL BASIS |

NOW COMES the United States of America, by and through Matthew G.T. Martin, United States Attorney for the Middle District of North Carolina, and as a factual basis under Rule 11, Fed. R. Crim. P., states the following:

In March 2017, Alamance County Sheriff's Office (ACSO) Detective (Det.) Zachary Neefe began an undercover operation on Kik Messenger. Det. Neefe created a Kik Messenger profile purporting to be a 13-year-old girl from Alamance County, North Carolina who attended a local middle school. The purpose of the operation was to identify and arrest individuals involved in the online sexual exploitation of minors.

In May 2018, the undercover Kik profile (the "UC") was a member of several public Kik Messenger chat groups to which an early teenage girl might belong. On May 25, 2018, Kik user "bubbaziggy" engaged the UC in a direct message chat. The initial exchange follows:

May 25, 2018
| bubbaziggy | Hey sexy |
| --- | --- |
| UC | *Hi 👋 (Waving Hand emoji)* |

May 26, 2018
| bubbaziggy | What's up sexy |
| --- | --- |

| | |
|---|---|
| UC | *Nothin much* |
| bubbaziggy | You straight bi or les? |
| UC | *Not rly sure* |
| bubbaziggy | Do you like dick? |
| UC | *Haha 😜 (Winking Face with Tongue emoji)* |
| UC | *Idk nvr rly done anything with a boy if ur referring 2 penises* |
| bubbaziggy | Ever sucked one? |
| UC | *No im only 13!!* |
| bubbaziggy | Would you |
| bubbaziggy | I'm only 19 |
| UC | *Idk how 2 suck 1 tbh* |
| bubbaziggy | Would you try to tho? |
| UC | *Idk maybe* |
| bubbaziggy | And just put it in your mouth and imagine it's a big lollipop |
| UC | *Rly?* |
| bubbaziggy | Like this sexy |
| bubbaziggy | **[a 60 second video depicting an adult male receiving penile-oral sex from a minor female. At the beginning of the video, the caption "12 yo bj 01" appears for several seconds. The video is from the known child pornography series "mic_dolphin1". The victim was twelve years old when it was created]** |
| UC | *Is she rly 12 and y is she doing that 2 that guy i mean is that like sex basically??* |
| UC | *I prolly shouldnt be takin 2 u so i dont gets in trouble* |
| bubbaziggy | It's called a blowjob |
| bubbaziggy | I won't tell if you don't |
| bubbaziggy | It's oral sex |
| UC | *Ok but i mean like if shes only 12 she prolly shouldnt be doing that especially without her parents permission* |
| bubbaziggy | Somethings parents shouldn't know |
| bubbaziggy | Could you do it? |
| UC | *Maybe idk how tbh* |
| bubbaziggy | I'd let you try it on me |
| UC | *Ummm how wood that even happen i dont no u* |
| bubbaziggy | I'm just saying |
| UC | *Were r u from jw?* |

| | |
|---|---|
| bubbaziggy | North Carolina |
| UC | *No way!!! Me 2* |
| bubbaziggy | Sweet |
| UC | *That is so cool!!* |
| bubbaziggy | Yes it is |
| UC | *Like do u like duke or carolina* |
| bubbaziggy | I live right above Winston Salem wbu? |
| UC | *Wow cool* |
| bubbaziggy | And Carolina |
| UC | *I live in Saxapahaw but i like duke ☺ (Expressionless Face emoji)* |
| bubbaziggy | It's ok |
| UC | *I was in ws 1 time at old Salem but that was like a long time ago* |
| bubbaziggy | I was there the other day |
| UC | *Wow cool* |
| bubbaziggy | So would you try to suck me? |
| UC | *Maybe* |
| UC | *Idk how and i dont rly wanna get in trouble tbh* |
| bubbaziggy | I bet you'd feel good |
| UC | *Idk not if Mom killed me* |
| bubbaziggy | Have you ever rubbed your pussy? |
| bubbaziggy | And I wouldn't tell anyone if you didn't |
| UC | *No nvr rubbed it if ur talking about like my vagina and ok* |
| bubbaziggy | You should rub it sexy |
| bubbaziggy | It'll make you feel good |
| UC | *Ig i dont rly no how and i dont wanna loose my virginity* |
| bubbaziggy | Just rub the outside |
| UC | *Like rn??* |
| bubbaziggy | Yeah |
| UC | *But what if gma comes in?!* |
| bubbaziggy | Just try it sexy |
| UC | *Ok* |
| bubbaziggy | Tell me how it feels |
| UC | *Idk weird ig* |
| bubbaziggy | Keep rubbing it sexy |
| UC | *Like hard or soft* |
| bubbaziggy | Soft for now |

| | |
|---|---|
| bubbaziggy | Are you getting wet? |
| UC | *Ok rly hard 2 type at the samme Time* |
| UC | *How did u no,?* |
| bubbaziggy | It's supposed to make you wet |
| UC | *Rly??* |
| bubbaziggy | Does it feel good? |
| UC | *Like i feel like im gonna pee my pants* |
| bubbaziggy | Don't stop |
| UC | *Ok but y??* |
| UC | *Its like 2 much* |
| bubbaziggy | Just keep rubbing |
| bubbaziggy | Do it faster |
| UC | *Ok?* |
| bubbaziggy | How's it feel |
| UC | *Like a massage kinda but i gotta stop* |
| bubbaziggy | Why |
| UC | *I gtg clean up my underwear* |
| bubbaziggy | Ok |
| UC | *Ummm is what i just did sinful??* |
| bubbaziggy | Depends why? |
| UC | *I dont wanna loose my virginity* |
| bubbaziggy | You haven't |
| UC | *Ok 👍 (Thumbs Up emoji) cool thx that was rly intense* |
| UC | *What is that called???* |
| UC | *Wered u go sry 4 being stupid* |

<u>May 27, 2018</u>

| | |
|---|---|
| bubbaziggy | My phone died sexy |

User bubbaziggy continued to engage the UC in chat communication of a sexual nature from June 18 to June 20, 2018. On July 10, 2018, bubbaziggy again sent the UC the "12 yo bj 01" child pornography video. An excerpt from the chat follows:

<u>July 10, 2018</u>

| | |
|---|---|
| UC | *Were did u find that video that u sent me jw* |

4

| | |
|---|---|
| UC | *Cuz I deleted it cuz i didn't want my mom 2 see* |
| bubbaziggy | From a group I was in on here a long time ago |
| UC | *Ohh wow ok* |
| bubbaziggy | Do you want to watch it again |
| UC | *Ya ig that wold be good cuz that girl looked like my age i think* |
| bubbaziggy | **[a 60 second video depicting an adult male receiving penile-oral sex from a minor female. At the beginning of the video, the caption "12 yo bj 01" appears for several seconds. The video is from the known child pornography series "mic_dolphin1". The victim was twelve years old when it was created]** |
| bubbaziggy | She 12 |
| UC | *Wow 😯 (Hushed Face emoji)* |
| UC | *Is that the girl u babysitted???* |
| bubbaziggy | No sexybaby |
| UC | *Ohh ok* |
| UC | *I remember thinkin that the 1st time u showed that 2 me* |
| bubbaziggy | I want to video you sucking my dick sexybaby |
| UC | *Ohh wow ok* |
| UC | *But PROMISE me my mom wont find out* |
| bubbaziggy | I promise sexybaby |
| UC | *Ok then that wold be ok* |
| bubbaziggy | I want to video when we fuck too |
| UC | *Ok that wold be ok but it prolly needs 2 be soon cuz im nervous* |
| bubbaziggy | It's going to be sexybaby |
| UC | *Ok cool* |
| bubbaziggy | I'm stroking now thinking about you sucking my big hard dick sexybaby 😝 (Squinting Face with Tongue emoji) |
| UC | *I can try but idk if i wood do as good as that girl in the video* |

5

| | |
|---|---|
| bubbaziggy | You'll do good sexybaby 😜 (Squinting Face with Tongue emoji) 😜 (Squinting Face with Tongue emoji) |
| UC | *Ok illwtry* |
| bubbaziggy | Just wrap your lips around my big hard dick and work it in and out of your warm mouth |
| bubbaziggy | [an image of an adult male holding the base of his erect penis with his left hand] |
| UC | *Ohhh wow is that u??* |
| bubbaziggy | Yes sexybaby |

Identification of bubbaziggy as Walter Clifton WOOD:

Kik subscriber records for user bubbaziggy, obtained on June 7, 2018, revealed that the account was linked to the verified email bubbaziggy@gmail.com and associated with a Motorola Moto phone. Kik IP address logs from May 17, 2018 to June 7, 2018 revealed that the IP address used by bubbaziggy was exclusively 75.177.117.229.

Charter Communications records revealed that IP address 75.177.117.229 was assigned to subscriber "Walter WOOD" at his Surry County residence in Mount Airy, North Carolina from September 2017 to at least June 19, 2018. A subsequent North Carolina Division of Motor Vehicles query revealed that Walter Clifton WOOD was the only individual associated with the residence.

Execution of Search Warrant and Interview of WOOD:

On July 27, 2018, Det. Neefe and other law enforcement officers executed

a search warrant at WOOD's residence. WOOD was home at the time. During the execution of the search warrant, WOOD told Det. Neefe that Kik Messenger was installed on his phone with the "red and black" case. When asked about his username, WOOD stated that it was bubbaziggy.

Investigators recovered a Motorola Moto G3 model XT1548 phone and a LG Optimus Select model AS730 phone from WOOD's residence.

WOOD agreed to speak with investigators at the Surry County Sheriff's Office. En route, WOOD spontaneously stated that he had things on his phone that he shouldn't and that he was too old to go to jail. WOOD was advised of his *Miranda* warnings. He admitted to engaging in the chat with the UC, but claimed it was all fantasy. WOOD admitted to having child pornography in his Dropbox account.[1]

An initial examination of WOOD's phone revealed child pornography files. As a result, WOOD was arrested by the Surry County Sheriff's Office.

---

[1] In October 2018, Dropbox reported that the account linked to bubba1976ziggy@gmail.com contained at least two videos constituting child pornography. Dropbox reported the owner of the account as "Zig Bub". One video was uploaded to the account in June 2017 and the other in August 2017. A detective with the Surry County Sheriff's Office determined that the account belonged to WOOD.

7

Forensic Examination:

A review of Wood's phones by HSI Computer Forensic Analyst Mark Vincenc revealed the following:

Motorola Moto G3 model XT1548
- 18 images and 29 videos constituting child pornography.
    - The majority of the child pornography files were located in a folder titled "Pictures".
- Kik Messenger account bubbaziggy was associated with the phone.

LG Optimus Select model AS730
- 10 images and 33 videos constituting child pornography.
    - The majority of the child pornography files were located in a folder titled "my_videos".

Further, Wood's LG phone contained a folder titled "1mybaby taetae" that contained images of a minor teenage girl (Minor-1), subsequently identified as "Taelor" born in October 1998. The folder included screen captures of multiple Snapchat communications from Minor-1 as well as deleted images of Minor-1's breasts and genitalia. The nude images possessed created-on dates ranging from May 2014 to June 2015.

Interview of Minor-1:

In July 2019, HSI agents interviewed Minor-1. Minor-1 stated that, when she was approximately 16 years old, she met an individual online who claimed to be a 17 year-old named "James Allen." Minor-1 and this individual communicated with one another by text message, Snapchat, and voice phone call for about a year and a half. Minor-1 stated that she sent the individual fully nude images of herself. She said that he requested them, but did not request that she engage in any particular act. Minor-1 explained that she recently learned that the individual purporting to be "James Allen" was, in fact, a "Cliff Wood" residing near Greensboro, North Carolina and was much older.

This the 9th day of April, 2020.

Respectfully submitted,

MATTHEW G.T. MARTIN
Acting United States Attorney

/S/ ERIC L. IVERSON
Assistant United States Attorney
NCSB #46703
United States Attorney's Office
Middle District of North Carolina
101 South Edgeworth Street
Greensboro, NC  27401
Phone:  336/332-6302

9

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2020, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Aaron B. Wellman, Esq.

>Respectfully submitted,
>
>/s/ ERIC L. IVERSON
>ASSISTANT UNITED STATES ATTORNEY
>North Carolina State Bar No. 46703
>United States Attorney's Office
>Middle District of North Carolina
>101 S. Edgeworth Street, 4th Floor
>Greensboro, North Carolina 27401
>Phone: (336) 333-5351
>E-mail: eric.iverson@usdoj.gov