IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| v. | : | 1:19CR639 |
| | : | |
| WALTER CLIFTON WOOD | : | |

## JOINT STATUS REPORT

Pursuant to the applicable Scheduling Order, counsel for the defendant and counsel for the United States inform the Court as follows:

☒     A plea agreement has been signed and filed.

☐     The parties have agreed on a plea agreement and a written plea agreement will be filed no later than _____.

☐     The defendant intends to plead guilty without a written plea agreement.

*If any of the above three boxes is checked, check at least one box below:*

    ☒     the defendant consents to a video conference Rule 11 hearing.

    ☒     the defendant consents to a teleconference Rule 11 hearing.

    ☐     the defendant is or will be ready to proceed with a Rule 11 hearing as soon as an in-person hearing can be scheduled.

☐     The matter is not ready for Rule 11 hearing or trial because:

    ☐     there is a pending motion which must be resolved. The motion is on the docket at Doc. _____.

        The motion ☐ does ☐ does not require a hearing at which the defendant must be present.

        ☐ There are outstanding discovery issues which must be resolved.

☐    The defendant does not intend to plead guilty and the case needs to be set for jury trial.

☒    The parties have discussed the requirements of the Speedy Trial Act and

        ☐    The Government [ ] has filed [ ] intends to file a motion to exclude time from Speedy Trial Act calculations, to which the defendant will not or does not object.

        ☒    There are no Speedy Trial Act issues unless the expected Rule 11 hearing cannot be completed before June 26, 2020.

☐ Other information relevant to scheduling:

☐ If the parties agree on a scheduling or case management plan, provide the agreement here or in an attachment, with any explanation needed as to its propriety

        This the 24th day of April, 2020.


MATTHEW G.T. MARTIN
United States Attorney

/S/ ERIC L. IVERSON                       /S/ AARON B. WELLMAN
NCSB No.: 46703                         Attorney for Defendant

Assistant United States Attorney
101 S. Edgeworth St., 4th Flr.
Greensboro, NC 27401
336/333-5351

CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Aaron B. Wellman

MATTHEW G.T. MARTIN
United States Attorney

/S/ ERIC L. IVERSON
Assistant United States Attorney
NCSB No.: 46703
United States Attorney's Office
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27401
336/333-5351