IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:19CR639 |
| | : | |
| WALTER CLIFTON WOOD | : | |

## **STIPULATION REGARDING RESTITUTION**

NOW COME the United States of America, by Matthew G.T. Martin,

United States Attorney for the Middle District of North Carolina, through his

assistant, Eric L. Iverson, and the defendant, WALTER CLIFTON WOOD, in

his own person and through his attorney, Aaron B. Wellman, and stipulate and

agree to the following:

1.    The Defendant, WALTER CLIFTON WOOD, received and

possessed a child pornography video file from the following series:

a.    "Marineland1".

2.    Pursuant to the plea agreement in this matter and Title 18 United

States Code Sections 2259 and 3663A, the victim depicted in the file is entitled

to restitution. The victim, having provided supporting documentation received

by the United States, defense counsel, and the United States Probation Office,

are entitled to restitution in the following amounts:

a.    $5,000 to the victim, "Sarah", depicted in the "Marineland1"

series.

Total restitution being $5,000.

    3.    Pursuant to the plea agreement in this matter, restitution shall be due immediately upon judgment and subject to immediate enforcement by the United States. If the Court imposes a schedule of payments, the schedule of payments shall be merely a schedule of minimum payments and shall not be a limitation on the methods available to the United States to enforce the judgment.

This the 19th day of January, 2021.

MATTHEW G.T. MARTIN
United States Attorney

_____
ERIC L. IVERSON
Assistant United States Attorney

_____
WALTER CLIFTON WOOD
Defendant

_____
AARON B. WELLMAN / Scott Coalter
Attorney for Defendant

2