FILED: February 8, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-4087
(1:19-cr-00639-CCE-1)

UNITED STATES OF AMERICA,

   Plaintiff - Appellee,

  v.

WALTER CLIFTON WOOD,

   Defendant - Appellant.

O R D E R

  Walter Clifton Wood seeks to appeal his sentence. The Government has moved to dismiss the appeal as barred by Wood's waiver of the right to appeal included in the plea agreement. Upon review of the record, we conclude that Wood knowingly and voluntarily waived his right to appeal and that the issue Wood seeks to raise on appeal falls squarely within the scope of his waiver of appellate rights. Accordingly, we grant the Government's motion to dismiss.

Entered at the direction of the panel: Chief Judge Gregory, Judge Niemeyer, and Senior Judge Traxler.

For the Court

/s/ Patricia S. Connor, Clerk